UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-25645-SLM |
|---|---|---|
|  | Chapter: | 7 |
| **Johnson, Julio** | Judge: | Stacey L. Meisel |
| **Debtor(s).** | | |

### NOTICE OF PROPOSED ABANDONMENT

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Court |
|---|---|
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on December 11, 2018 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

    1/2 interest in 179 Starmond Ave., Clifton, NJ
    $350,000

**Liens on property**:

    $361,507

**Amount of equity claimed as exempt:**

    $0.00

Objections must be served on, and requests for additional information directed to:

Rev. 8/1/15

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-25645-SLM
Julio Johnson                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 2           Date Rcvd: Nov 13, 2018
                               Form ID: pdf905            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db          +Julio Johnson,    179 Starmond Avenue,    Clifton, NJ 07013-3432
517760308   +BASTARRIKA, SOTO,    434 21ST AVENUE,    Paterson, NJ 07513-1636
517760307    Barclay Card Services,    P.O. Box 8801,    Wilmington, DE 19899-8801
517760327    Bedford, OH 44146,    Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
517760309    Brooks Card,    P.O. Box 6403,    Sioux Falls, SD 57117-6403
517760311   +F.H. Cann & Associates, Inc.,    1600 Osgood Stret, Suite 20-2/120,
              North Andover, MA 01845-1048
517760312    Goodyear Credit Card Payments,    P.O. Box 9001006,    Los Angeles, CA 90010-0600
517760313   +Grassy Sprain Group, Inc.,    35 E Grassy Sprain Road, Suite 10,    Yonkers, NY 10710-4620
517760316    JHS, LLC,    Macy's,    PO Box 8218,    Monroe, OH 45050
517685305   +MTGLQ INVESTORS LP,    c/o PHELAN HALLINAN,    400 Fellowship Rd # 100,
              Mount Laurel, NJ 08054-3437
517760318   +NYU Hospitals Center,    P.O. Box 415234,    Boston, MA 02241-5234
517760319    NYU Langone Medical Center,    P.O. Box 415662,    Boston, MA 02241-5662
517760320    PC Richard Credit Card,    P.O. Box 960061,    Orlando, FL 32896-0061
517760321    Pereira & Azevedo, LLC,    c/o Law Offices Mitchell Malzberg,    Clinton, NJ 08809
517744307    ROCIO LOPEZ,    228 CLARKEN DR,    WEST ORANGE, NJ 07052-3400
517760324   +Savant Customs Brokers & Freight,    c/o Kenneth Sugarman, Esq.,    652 Broadway, 4th Floor,
              New York, NY 10012-2316
517760325   +Shellpoint Mortgage Servicing,    P.O. Box 619063,    Dallas, TX 75261-9063
517760328   +TBF Financial, LLC,    c/o Edward Zizmor, Attorney at Law,    60 Court Street,
              Hackensack, NJ 07601-7050
517760330    USAA CREDIT CARD PAYMENTS,    10750 MCDERMOTT FWY,    San Antonio, TX 78288-0570
517760331   +Valentine & Kebartas, LLC,    P.O. Box 325,    Lawrence, MA 01842-0625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2018 01:37:02      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2018 01:36:59      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517760310   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 01:41:44      Capital One,
              PO Box 30285,    Salt Lake City, UT 84130-0285
517697275   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 14 2018 01:41:50
              Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
              4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517760314    E-mail/Text: cio.bncmail@irs.gov Nov 14 2018 01:36:08      IRS,
              Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
517760315    E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 01:42:06      JCPenney Credit Services,
              C/O SYNCB,    P.O. Box 965009,    Orlando, FL 32896-5009
517760322   +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 01:41:27
              Resurgent Capital Services,    PO Box 10497,    Greenville, SC 29603-0497
517689241   +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 01:41:07      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517760329   +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 01:41:07      TJX MasterCard,    P.O. Box 530949,
              Atlanta, GA 30353-0949
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517760326    Swift Capital,    c/o McCarthy Burgess & Wolff,    26000 Cannon Road
517760317*  +MTGLQ INVESTORS LP,    c/o PHELAN HALLINAN,    400 Fellowship Rd # 100,
              Mount Laurel, NJ 08054-3437
517760323*  +Rocio Lopez,    228 Clarken Drive,    West Orange, NJ 07052-3400
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                             Signature:  /s/Joseph Speetjens

```
District/off: 0312-2            User: admin              Page 2 of 2              Date Rcvd: Nov 13, 2018
                                Form ID: pdf905          Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Kenneth J. Rosellini    on behalf of Debtor Julio  Johnson kennethrosellini@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, L.P. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```